**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __1st__    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  **Tania P Rodriguez**     JOINT DEBTOR: _____     CASE NO.: _____
Last Four Digits of SS#  **xxx-xx-9174**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ **64.82**  for months **1** to **60** ;
- B.  $ _____  for months ____ to ____ ;
- C.  $ _____  for months ____ to ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3,500.00**   TOTAL PAID $ **1,500.00**
Balance Due  $ **2,000.00**  payable $ **33.34** /month  (Months **1** to **60**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**     Arrearage on Petition Date  $ _____
Address: _____     Arrears Payment  $ _____ /month  (Months _ to _)
Account No: _____     Regular Payment  $ _____ /month  (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due  $ _____
Payable  $ _____ /month   (Months _ to _)    Regular Payment $ _____

Unsecured Creditors:  Pay $ **25.00** /month (Months **1** to **60** )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Lexus Financial Services**          **Acct# 40772GX810**
                                      **Opened 11/01/14**
                                      **Lease**

**Special Intentions:**
**Lexus Financial Services: Debtor will pay claim directly.**
**Regions Mortgage: Debtor will pay claim directly.**

**The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

**The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Tania P Rodriguez**
**Tania P Rodriguez**
Debtor

Date:  **December 20, 2016**